IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKILAH ROGERS,<br><br>               Plaintiff,<br><br>v.<br><br>VOLTRON DATA, INC., *et al.*,<br><br>               Defendants. | Case No. 1:24-cv-00084-RC |

**DEFENDANTS VOLTRON DATA, INC. AND JOSHUA PATTERSON'S
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendants Voltron Data, Inc. ("Voltron") and Joshua Patterson ("Patterson") (collectively, "Defendants"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(6), hereby move this Court to dismiss all Counts contained in the Amended Complaint filed by Plaintiff Akilah Rogers (ECF No. 5).  In support thereof, Defendants refer the Court to the accompanying Memorandum of Points and Authorities, which is incorporated herein by reference.  A proposed order is enclosed herewith.

Dated:  April 2, 2024                      Respectfully Submitted,

                                                  /s/ Spencer D. O'Dwyer
                                                  Brian A. Scotti, Esq. (Bar No. 497125)
                                                  Spencer D. O'Dwyer, Esq. (Bar No. 888187401)
                                                  GORDON REES SCULLY MANSUKHANI, LLP
                                                  277 S. Washington Street, Suite 550
                                                  Alexandria, Virginia 22314
                                                  Tel.: 202-399-1009
                                                  Fax: 202-800-2999
                                                  Email: bscotti@grsm.com
                                                             sodwyer@grsm.com

                                                  *Counsel for Defendants Voltron Data, Inc. &
                                                  Joshua Patterson*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April 2024, a true and correct copy of the foregoing was filed and served upon all parties and counsel of record via the Court's electronic filing system.

/s/ Spencer D. O'Dwyer
Spencer D. O'Dwyer, Esq.
