IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKILAH ROGERS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VOLTRON DATA, INC., *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:24-cv-00084-RC |

## ORDER

**UPON CONSIDERATION** of Defendants Voltron Data, Inc. and Joshua Patterson's Motion to Dismiss Plaintiff's Amended Complaint filed on April 2, 2024 (ECF No. 9), any opposition thereto, any reply in support, and for good cause having been shown, it is this _____ day of _____ 2024, hereby

**ORDERED** that the Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that the above-captioned matter is **DISMISSED**, with prejudice.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　Hon. Rudolph Contreras
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

*Copies to*:

| | |
|---|---|
| Brian A. Scotti, Esq.<br>Spencer D. O'Dwyer, Esq.<br>GORDON REES SCULLY MANSUKHANI, LLP<br>277 S. Washington Street, Suite 550<br>Alexandria, Virginia 22314<br>*Counsel for Defendants Voltron Data, Inc.*<br>*& Joshua Patterson* | George S. Robot<br>Linda D. Friedman<br>STOWELL & FRIEDMAN, LTD.<br>303 W. Madison Street, Suite 2600<br>Chicago, IL 60606<br>*Counsel for Plaintiff Akilah Rogers* |