## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKILAH ROGERS,<br><br>      *Plaintiff*,<br><br>v.<br><br>VOLTRON DATA, INC., et al.,<br><br>      *Defendants*. | Case No. 1:24-cv-00084-RC |

**DEFENDANT VOLTRON DATA, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant Voltron Data, Inc., by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 7.1 and LCvR 26.1, hereby submits this Corporate Disclosure Statement. Voltron Data, Inc. does not have any parent corporation, and there is no publicly held corporation, parent, subsidiary, affiliate, or any other publicly held company owning 10% or more of Voltron Data, Inc.'s stock.

Dated:  April 2, 2024

Respectfully Submitted,

/s/ Spencer D. O'Dwyer
Brian A. Scotti, Esq. (Bar No. 497125)
Spencer D. O'Dwyer, Esq. (Bar No. 888187401)
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
Tel.: 202-399-1009
Fax: 202-800-2999
Email: bscotti@grsm.com
              sodwyer@grsm.com

*Counsel for Defendants Voltron Data, Inc. & Joshua Patterson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April 2024, a true and correct copy of the foregoing was filed and served upon all parties and counsel of record via the Court's electronic filing system.

/s/ Spencer D. O'Dwyer
Spencer D. O'Dwyer, Esq.