IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKILAH ROGERS,<br><br>        Plaintiff,<br><br>v.<br><br>VOLTRON DATA, INC., *et al.*,<br><br>        Defendants. | Case No. 1:24-cv-00084-RC |

## **PRAECIPE**

The Clerk of the Court will please take notice that Defendants Voltron Data, Inc. and Joshua Patterson (collectively, "Defendants") do not oppose Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 13) filed on May 16, 2024 (the "Motion"). Defendants reserve the right to file a Motion to Dismiss and/or Answer to the Second Amended Complaint within thirty (30) days of the Court granting the Motion and accepting Plaintiff's Second Amended Complaint for filing, in accordance with the Court's Minute Order dated April 16, 2024.

Dated: May 30, 2024

Respectfully Submitted,

/s/ Spencer D. O'Dwyer
Brian A. Scotti, Esq. (Bar No. 497125)
Spencer D. O'Dwyer, Esq. (Bar No. 888187401)
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
Tel.: 202-399-1009
Fax: 202-800-2999
Email: bscotti@grsm.com
       sodwyer@grsm.com

*Counsel for Defendants Voltron Data, Inc. & Joshua Patterson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May 2024, a true and correct copy of the foregoing was filed and served upon all parties and counsel of record via the Court's electronic filing system.

/s/ Spencer D. O'Dwyer
Spencer D. O'Dwyer, Esq.