IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKILAH ROGERS, *Plaintiff*, v. VOLTRON DATA, INC., *et al.*, *Defendants*. | Case No. 1:24-cv-00084-RC |

**DEFENDANTS VOLTRON DATA, INC. AND JOSHUA PATTERSON'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants Voltron Data, Inc. ("Voltron") and Joshua Patterson ("Patterson") (collectively, "Defendants"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6), hereby move this Court to dismiss all Counts contained in the Second Amended Complaint deemed filed by Plaintiff Akilah Rogers on May 30, 2024 (ECF No. 13-1). In support thereof, Defendants refer the Court to the accompanying Memorandum of Points and Authorities, which is incorporated herein by reference. A proposed order is enclosed herewith.

Dated: July 1, 2024

Respectfully Submitted,

/s/ Spencer D. O'Dwyer
Brian A. Scotti, Esq. (Bar No. 497125)
Spencer D. O'Dwyer, Esq. (Bar No. 888187401)
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
Tel.: 202-399-1009
Fax: 202-800-2999
Email: bscotti@grsm.com
        sodwyer@grsm.com

*Counsel for Defendants Voltron Data, Inc. & Joshua Patterson*

## REQUEST FOR HEARING

Pursuant to LCvR 7(f), Defendants respectfully request an oral hearing on the instant Motion to Dismiss Plaintiff's Second Amended Complaint.

/s/ Spencer D. O'Dwyer
Spencer D. O'Dwyer, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July 2024, a true and correct copy of the foregoing was filed and served upon all parties and counsel of record via the Court's electronic filing system.

/s/ Spencer D. O'Dwyer
Spencer D. O'Dwyer, Esq.