IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKILAH ROGERS,<br><br>*Plaintiff*,<br><br>v.<br><br>VOLTRON DATA, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-00084-RC |

## ORDER

**UPON CONSIDERATION** of Defendants Voltron Data, Inc. and Joshua Patterson's Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 15), any opposition thereto, any reply in support, and for good cause having been shown, it is this ____ day of _____ 2024, hereby

**ORDERED** that the Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that the above-captioned matter is **DISMISSED**, with prejudice.

**SO ORDERED**.

_____
Hon. Rudolph Contreras
United States District Judge

*Copies to*:

Brian A. Scotti, Esq.
Spencer D. O'Dwyer, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
*Counsel for Defendants Voltron Data, Inc. & Joshua Patterson*

George S. Robot
Linda D. Friedman
STOWELL & FRIEDMAN, LTD.
303 W. Madison Street, Suite 2600
Chicago, IL 60606
*Counsel for Plaintiff Akilah Rogers*