IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKILAH ROGERS,<br><br>   Plaintiff,<br><br>  v.<br><br>VOLTRON DATA, INC., and JOSHUA PATTERSON,<br><br>   Defendants. | Case No. 1:24-cv-00084-RC<br><br>Honorable Rudolph Contreras |

**JOINT MOTION TO EXTEND DEADLINES
TO FILE RESPONSIVE PLEADINGS**

  Plaintiff Akilah Rogers and Defendants Voltron Data, Inc. and Joshua Patterson, by and through their respective attorneys, jointly move this Court to grant Plaintiff until August 14, 2024, to file a response to Defendants' Motion to Dismiss, and grant Defendants 21 days thereafter to file their reply brief.

  1. Plaintiff filed her original Complaint on January 9, 2024. ECF No. 1.

  2. The EEOC issued Plaintiff's Notice of Right To Sue on January 12, 2024.

  3. Plaintiff filed a First Amended Complaint on January 30, 2024 for the purpose of adding Title VII claims after exhausting administrative remedies. ECF No. 5.

  4. Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint on April 2, 2024. ECF No. 9.

  5. Plaintiff and Defendants conferred regarding Defendants' Motion to Dismiss and jointly requested that this Court grant Plaintiff leave to file a motion for leave to file a second amended complaint and grant Defendants 30 days from the filing date of any second amended

complaint to file their answer or renewed motion dismiss. This Court granted that request, and Plaintiff's second amended complaint was entered on May 30, 2024. Defendants filed their renewed motion to dismiss on July 1, 2024. ECF No. 15.

6. Plaintiff and Defendants conferred once more regarding Defendants' Motion to Dismiss and jointly request that this Court grant Plaintiff a 30-day extension to file a response and grant Defendants a 21-day extension to file a reply.

7. Plaintiff and Defendants do not request these extensions for the purpose of delay, but so that they may meet their professional responsibilities, properly represent their clients, submit thorough and competent pleadings to this Court, and further the interest of judicial economy by avoiding unnecessary motion practice.

| | |
|---|---|
| Dated: July 9, 2024 | Respectfully Submitted, |
| STOWELL & FRIEDMAN, LTD. | GORDON REES SCULLY MANSUKHANI, LLP |
| By: */s/ George S. Robot* | By: */s/ Spencer D. O'Dwyer* |
| George S. Robot<br>Linda D. Friedman (admission application forthcoming)<br>**STOWELL & FRIEDMAN, LTD.**<br>303 W. Madison Street, Suite 2600<br>Chicago, IL 60606<br>312-431-0888 (phone)<br>312-431-0228 (fax)<br>grobot@sfltd.com<br>lfriedman@sfltd.com | Brian A. Scotti, Esq. (Bar No. 497125)<br>Spencer D. O'Dwyer, Esq. (Bar No. 888187401)<br>**GORDON REES SCULLY MANSUKHANI, LLP**<br>277 S. Washington Street, Suite 550<br>Alexandria, Virginia 22314<br>Tel.: 202-399-1009<br>Fax: 202-800-2999<br>Email: bscotti@grsm.com<br>         sodwyer@grsm.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served upon all parties and counsel of record on July 9, 2024 via the Court's electronic filing system.

*/s/    George S. Robot*

**STOWELL & FRIEDMAN, LTD.**
303 W. Madison Street, Suite 2600
Chicago, IL 60606
312-431-0888 (phone)
312-431-0228 (fax)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKILAH ROGERS,<br><br>        Plaintiff,<br><br>        v.<br><br>VOLTRON DATA, INC., and JOSHUA PATTERSON,<br><br>        Defendants. | Case No. 1:24-cv-00084-RC<br><br>Honorable Rudolph Contreras |

## ORDER

Plaintiff and Defendants' Joint Motion to Extend Deadlines (ECF No. _____) coming before the Court on this _____ day of _____ 2024, and the Court being fully advised, it is hereby ordered:

1.      Plaintiff is granted until August 14, 2024, to file a response to Defendants' Motion to Dismiss.

2.      Defendants are granted 21 days from the filing date of Plaintiff's response to file their reply brief.

_____
Hon. Rudolph Contreras
United States District Judge

*Copies to:*

Brian A. Scotti, Esq.
Spencer D. O'Dwyer, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314

*Counsel for Defendants*

George S. Robot
Linda D. Friedman
STOWELL &FRIEDMAN, LTD.
303 W. Madison Street, Suite 2600
Chicago, IL 60606

*Counsel for Plaintiff*