**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AKILAH ROGERS, | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-00084-RC |
| VOLTRON DATA, INC., *et al.,* | |
| Defendants. | |

### DEFENDANTS' CONSENT MOTION TO EXTEND DEADLINE TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendants Voltron Data, Inc. and Joshua Patterson (collectively "Defendants"), by and through their undersigned counsel, respectfully move this Court to grant Defendants an extension of fourteen (14) calendar days to file their Reply Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 15). In support thereof, Defendants state as follows:

1. On July 1, 2024, Defendants filed a Motion to Dismiss Plaintiff's Second Amended Complaint (the "Motion").

2. On July 9, 2024, the parties filed a Joint Motion to Extend Deadlines to File Responsive Pleadings, requesting a thirty (30) day extension of time for Plaintiff to file a response to the Motion and a twenty-one (21) day period for Defendants to file a reply.

3. Plaintiff filed an Opposition to the Motion on August 14, 2024 (ECF No. 17).

4. Defendants' reply is currently due on September 4, 2024.

5. Undersigned counsel for the Defendants recently encountered a medical issue that required an extended medical leave of absence.

6.  In light of this medical leave of absence, undersigned counsel is in need of a modest extension of time to file Defendants' reply brief, and respectfully requests an additional fourteen (14) days to do so, through September 18, 2024.

7.  Counsel for Plaintiff has indicated their consent to the relief sought in this motion.

**WHEREFORE**, Defendants respectfully request a fourteen (14) day extension of time to file their reply brief in support of their pending Motion to Dismiss Plaintiff's Second Amended Complaint, and request that the Court set a new deadline of September 18, 2024.  A proposed order is enclosed herewith.

Dated:  August 29, 2024

Respectfully Submitted,

/s/ Spencer D. O'Dwyer
Brian A. Scotti, Esq. (Bar No. 497125)
Spencer D. O'Dwyer, Esq. (Bar No. 888187401)
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
Tel.: 202-399-1009
Fax: 202-800-2999
Email: bscotti@grsm.com
          sodwyer@grsm.com

*Counsel for Defendants Voltron Data, Inc. &
Joshua Patterson*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of August 2024, a true and correct copy of the foregoing was filed and served upon all parties and counsel of record via the Court's electronic filing system.

/s/ Spencer D. O'Dwyer
Spencer D. O'Dwyer, Esq.