## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKILAH ROGERS,<br><br>*Plaintiff*,<br><br>v.<br><br>VOLTRON DATA, INC., et al.,<br><br>*Defendants*. | Case No. 1:24-cv-00084-RC |

## ORDER

**UPON CONSIDERATION** of Defendants Voltron Data, Inc. and Joshua Patterson's Consent Motion to Extend Deadline to File Reply Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (the "Motion"), and for good cause having been shown, it is this _____ day of _____ 2024, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendants shall file a reply on or before September 18, 2024.

**SO ORDERED**.

_____
Hon. Rudolph Contreras
United States District Judge

*Copies to*:

Brian A. Scotti, Esq.
Spencer D. O'Dwyer, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
*Counsel for Defendants Voltron Data, Inc. & Joshua Patterson*

George S. Robot
Linda D. Friedman
Stowell & Friedman, Ltd.
303 W. Madison Street, Suite 2600
Chicago, IL 60606
*Counsel for Plaintiff Akilah Rogers*