# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AKILAH ROGERS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   24-84 (RC) |
| | : | |
| v. | : | Re Document No.:   15 |
| | : | |
| VOLTRON DATA, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER

### DENYING DEFENDANTS' MOTION TO DISMISS

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants Voltron Data Inc. and Joshua Patterson's Motion to Dismiss (ECF No. 15) is **DENIED**.

**SO ORDERED**.

Dated:  October 31, 2024                                                           RUDOLPH CONTRERAS
                                                                                                    United States District Judge