# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKILAH ROGERS,<br><br>       Plaintiff,<br><br>v.<br><br>VOLTRON DATA, INC., and JOSHUA PATTERSON,<br><br>       Defendants. | Case No. 1:24-cv-00084-RC<br><br>Honorable Rudolph Contreras |

## JOINT MOTION TO STAY DEADLINES TO PENDING MEDIATION

Plaintiff Akilah Rogers and Defendants Voltron Data, Inc. and Joshua Patterson, by and through their respective attorneys, jointly move this Court to stay the deadlines in the case for 90 days to permit the parties to focus on settlement negotiations.

1. Plaintiff filed her original Complaint on January 9, 2024, Dkt. No. 1, and the now-operative Second Amended Complaint was deemed filed on May 30, 2024. Dkt. No. 13-1

2. On October 31, 2024, this Court denied Defendants' Motion to Dismiss the Second Amended Complaint. Dkt. No. 20.

3. Following the Court's ruling, the parties discussed the potential for a resolution and have mutually agreed to mediate this dispute. The parties have selected a mediator who has open dates for mediation in February of 2025.

4. The parties jointly request this Court grant a 90-day stay of all forthcoming deadlines, including a stay of the parties' November 26, 2024 deadline to submit a joint status

report under Local Rule 16.3 and the Defendants' December 16, 2024 deadline to answer the Second Amended Complaint.

5. This stay seeks to avoid burdening the Court with unnecessary litigation and to permit the parties to direct their resources toward assessing the potential for an agreed resolution. Therefore, the parties respectfully ask that the Court stay all deadlines entered in this case for 90 days to allow the parties to pursue private mediation.

6. Following the conclusion of the 90-day stay, the parties will file a joint status report on February 19, 2025.

7. The parties do not request this stay for the purpose of delay, but so that they may meet their professional responsibilities, properly represent their clients, submit thorough and competent pleadings to this Court, and further the interest of judicial economy by avoiding unnecessary litigation.

Respectfully submitted,

Dated: November 21, 2024

| STOWELL & FRIEDMAN, LTD. | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| By: _/s/ George S. Robot_ | By: _/s/ Spencer D. O'Dwyer_ |
| George S. Robot<br>Linda D. Friedman (admission application forthcoming)<br>**STOWELL & FRIEDMAN, LTD.**<br>303 W. Madison Street, Suite 2600<br>Chicago, IL 60606<br>312-431-0888 (phone)<br>312-431-0228 (fax)<br>grobot@sfltd.com<br>lfriedman@sfltd.com | Brian A. Scotti, Esq. (Bar No. 497125)<br>Spencer D. O'Dwyer, Esq. (Bar No. 888187401)<br>**GORDON REES SCULLY MANSUKHANI, LLP**<br>277 S. Washington Street, Suite 550<br>Alexandria, Virginia 22314<br>Tel.: 202-399-1009<br>Fax: 202-800-2999<br>Email: bscotti@grsm.com<br>          sodwyer@grsm.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served upon all parties and counsel of record on November 21, 2024, via the Court's electronic filing system.

/s/      *George S. Robot*

**STOWELL & FRIEDMAN, LTD.**
303 W. Madison Street, Suite 2600
Chicago, IL 60606
312-431-0888 (phone)
312-431-0228 (fax)

reduced

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKILAH ROGERS,<br><br>      Plaintiff,<br><br>v.<br><br>VOLTRON DATA, INC., and JOSHUA PATTERSON,<br><br>      Defendants. | Case No. 1:24-cv-00084-RC<br><br>Honorable Rudolph Contreras |

## ORDER

Plaintiff and Defendants' Joint Motion to Extend Deadlines (ECF No. _____) coming before the Court on this _____ day of _____ 2024, and the Court being fully advised, it is hereby ordered:

    1.    Parties' Joint Motion to Stay Deadlines Pending Mediation is granted.

    2.    All deadlines in this matter are hereby STAYED, including the deadline for the Parties to file a joint status report under Local Rule 16.3 and Defendants' deadline to Answer the Second Amended Complaint.

    3.    Parties shall file a joint status report on February 19, 2025.

                                                                                                                           _____
                                                                                                                        Hon. Rudolph Contreras
                                                                                                                        United States District Judge

*Copies to:*

Brian A. Scotti, Esq.
Spencer D. O'Dwyer, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
*Counsel for Defendants*

George S. Robot
Linda D. Friedman
STOWELL &FRIEDMAN, LTD.
303 W. Madison Street, Suite 2600
Chicago, IL 60606
*Counsel for Plaintiff*