# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKILAH ROGERS,<br><br>      Plaintiff,<br><br>      v.<br><br>VOLTRON DATA, INC., and JOSHUA PATTERSON,<br><br>      Defendants. | Case No. 1:24-cv-00084-RC<br><br>Honorable Rudolph Contreras |

## JOINT STATUS REPORT

Plaintiff Akilah Rogers and Defendants Voltron Data, Inc. and Joshua Patterson, by and through their respective attorneys, hereby submit this joint status report and request that the Court stay the deadlines in the case for an additional 30 days to permit the Parties to focus on settlement negotiations.

1. Plaintiff filed her original Complaint on January 9, 2024, Dkt. No. 1, and the now-operative Second Amended Complaint was deemed filed on May 30, 2024, Dkt. No. 13-1.

2. On October 31, 2024, this Court denied Defendants' Motion to Dismiss the Second Amended Complaint. Dkt. No. 20.

3. Following the Court's ruling, the Parties agreed to mediate their dispute with a private mediator. At the parties' request, this Court stayed all deadlines in this matter and ordered the parties to submit this status report by February 19, 2025. (Minute Order of Nov. 22, 2024.)

4. The parties have scheduled a mediation before Hon. Alexander Williams, Jr. (ret.) on February 24, 2025 and have engaged in a pre-mediation session with Judge Williams to facilitate a productive mediation.

5. Because of the parties' and the mediator's schedule, the parties were unable to schedule the mediation session before the filing of this report and therefore request a 30-day extension of the stay to continue to focus on settlement efforts and the mediation session before Judge Williams.

6. This short extension of the stay seeks to avoid burdening the Court with unnecessary litigation and to permit the Parties to direct their resources toward assessing the potential for an agreed resolution.

7. At the end of the 30-day stay, the parties will file a joint status report on March 21, 2025.

8. The parties do not request this stay for the purpose of delay, but so that they may meet their professional responsibilities, properly represent their clients, submit thorough and competent pleadings to this Court, and further the interest of judicial economy by avoiding unnecessary litigation.

Dated: February 19, 2025                    Respectfully Submitted,

| STOWELL & FRIEDMAN, LTD. | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| By: /s/ George S. Robot | By:   /s/ Spencer D. O'Dwyer |
| George S. Robot<br>Linda D. Friedman (admission application forthcoming)<br>**STOWELL & FRIEDMAN, LTD.**<br>303 W. Madison Street, Suite 2600<br>Chicago, IL 60606<br>312-431-0888 (phone)<br>312-431-0228 (fax)<br>grobot@sfltd.com<br>lfriedman@sfltd.com | Brian A. Scotti, Esq. (Bar No. 497125)<br>Spencer D. O'Dwyer, Esq. (Bar No. 888187401)<br>**GORDON REES SCULLY MANSUKHANI, LLP**<br>277 S. Washington Street, Suite 550<br>Alexandria, Virginia 22314<br>Tel.: 202-399-1009<br>Fax: 202-800-2999<br>Email: bscotti@grsm.com<br>sodwyer@grsm.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served upon all Parties and counsel of record on February 19, 2025, via the Court's electronic filing system.

/s/     George S. Robot

**STOWELL & FRIEDMAN, LTD.**
303 W. Madison Street, Suite 2600
Chicago, IL 60606
312-431-0888 (phone)
312-431-0228 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKILAH ROGERS,<br><br>          Plaintiff,<br><br>          v.<br><br>VOLTRON DATA, INC., and JOSHUA PATTERSON,<br><br>          Defendants. | Case No. 1:24-cv-00084-RC<br><br>Honorable Rudolph Contreras |

**ORDER**

Plaintiff and Defendants' Joint Motion to Extend Deadlines (ECF No. _____) coming before the Court on this _____ day of _____ 2025, and the Court being fully advised, it is hereby ordered:

1. Parties' Joint Motion to Stay Deadlines Pending Mediation is granted.

2. The stay of all deadlines entered on November 22, 2024 is continued.

3. Parties shall file a joint status report on March 19, 2025.

                                                                         _____
                                                                         Hon. Rudolph Contreras
                                                                         United States District Judge

*Copies to:*
Brian A. Scotti, Esq.
Spencer D. O'Dwyer, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
*Counsel for Defendants*

George S. Robot
Linda D. Friedman
STOWELL &FRIEDMAN, LTD.
303 W. Madison Street, Suite 2600
Chicago, IL 60606
*Counsel for Plaintiff*