**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AKILAH ROGERS, | |
|         Plaintiff, | |
| v. | Case No. 1:24-cv-00084-RC |
| VOLTRON DATA, INC., *et al.*, | |
|         Defendants. | |

**NOTICE OF WITHDRAWAL OF COUSNEL**

The Clerk of the Court will please withdraw the appearance of Spencer O'Dwyer Esquire as counsel of record for Defendants Voltron Data, Inc. and Joshua Patterson. Brian A. Scotti, Esq. **will remain** counsel for Defendants.

Dated: April 2, 2025

Respectfully Submitted,

/s/ *Brian A. Scotti*
Brian A. Scotti, Esq. (Bar No. 497125)
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
Tel.: 202-372-9078
Fax: 202-800-2999
Email: bscotti@grsm.com

*Counsel for Defendants Voltron Data, Inc. & Joshua Patterson*

>*/s/ Spencer O'Dwyer*
>Spencer D. O'Dwyer, Esq. (Bar No. 888187401)
>GORDON REES SCULLY MANSUKHANI, LLP
>277 S. Washington Street, Suite 550
>Alexandria, Virginia 22314
>Tel.: 202-399-1009
>Fax: 202-800-2999
>Email: sodwyer@grsm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April, 2025, a true and correct copy of the foregoing was filed and served upon all parties and counsel of record via the Court's electronic filing system.

>/s/ *Brian A. Scotti*
>Brian A. Scotti, Esq.