## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AKILAH ROGERS,<br><br>    Plaintiff,<br><br>    v.<br><br>VOLTRON DATA, INC., and JOSHUA PATTERSON,<br><br>    Defendants. | Case No. 1:24-cv-00084-RC<br><br>Honorable Rudolph Contreras |

## JOINT STATUS REPORT

Plaintiff Akilah Rogers and Defendants Voltron Data, Inc. and Joshua Patterson, by and through their respective attorneys, hereby submit this Joint Status Report and request that the Court stay the deadlines in the case for an additional 14 days to permit the Parties to continue to focus on settlement negotiations.

1.    Plaintiff filed her original Complaint on January 9, 2024, Dkt. No. 1, and the now-operative Second Amended Complaint was deemed filed on May 30, 2024, Dkt. No. 13-1.

2.    On October 31, 2024, this Court denied Defendants' Motion to Dismiss the Second Amended Complaint. Dkt. No. 20.

3.    Following the Court's ruling, the Parties agreed to mediate their dispute with a private mediator. At the Parties' request, this Court stayed all deadlines in this matter and ordered the Parties to submit a Joint Status Report by March 21, 2025.  (*See* Minute Orders of Nov. 22, 2024 and February 19, 2025).

4.    The parties reported in two status reports that they had conducted two mediation sessions with the Hon. Alexander Williams, Jr. (ret.) on February 24, 2025 and March 12, 2025,

with settlement discussions continuing after each mediation session and that discussions were ongoing. (Dkt. 25.)

5.      In view of the parties' productive efforts toward settlement, the Court granted 21-day and 14-day extensions of the stay of discovery deadlines for the parties to continue their settlement discussions, and ordered this status report by April 25, 2025, (Minute Orders of March 20, 2025 and April 11, 2025.)

6.      The Parties have continued their settlement negotiations, and their continued negotiations have been productive. Additionally, the Parties have had additional professional obligations since the last status report that warrant a modest additional extension to continue settlement efforts in this case, including that defendants' counsel has been on trial. The Parties believe that settlement efforts should continue for a short additional period. Therefore, the Parties respectfully request a 14-day extension of the current stay of discovery deadlines to continue their settlement discussions.

7.      This short extension of the stay seeks to avoid burdening the Court with unnecessary litigation and to permit the Parties to direct their resources toward assessing the potential for an agreed resolution.

8.      At the end of the 14-day stay, the Parties will file a Joint Status Report on Friday, May 9, 2025.

9.      The Parties do not request this stay for the purpose of delay, but so that they may meet their professional responsibilities, properly represent their clients, submit thorough and competent pleadings to this Court, and further the interest of judicial economy by avoiding unnecessary litigation.

Dated:  April 25, 2025                              Respectfully Submitted,

STOWELL & FRIEDMAN, LTD.

By: */s/ George S. Robot*
George S. Robot
Linda D. Friedman (admission application forthcoming)
**STOWELL & FRIEDMAN, LTD.**
303 W. Madison Street, Suite 2600
  Chicago, IL 60606
  312-431-0888 (phone)
  312-431-0228 (fax)
  grobot@sfltd.com
  lfriedman@sfltd.com
  *Counsel for Plaintiff*

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Brian A. Scotti*
Brian A. Scotti, Esq. (Bar No. 497125)
**GORDON REES SCULLY MANSUKHANI, LLP**
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
Tel.: 202-399-1009
Fax: 202-800-2999
Email: bscotti@grsm.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served upon all Parties and counsel of record on April 25, 2025, via the Court's electronic filing system.

*/s/      George S. Robot*

**STOWELL & FRIEDMAN, LTD.**
303 W. Madison Street, Suite 2600
Chicago, IL 60606
312-431-0888 (phone)
312-431-0228 (fax)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AKILAH ROGERS, | |
| Plaintiff, | Case No. 1:24-cv-00084-RC |
| v. | |
| VOLTRON DATA, INC., and JOSHUA PATTERSON, | Honorable Rudolph Contreras |
| Defendants. | |

## ORDER

Plaintiff and Defendants' Joint Motion to Extend Deadlines (ECF No. _____) coming before the Court on this _____ day of _____ 2025, and the Court being fully advised, it is hereby ordered:

1. Parties' Joint Motion to Stay Deadlines Pending Mediation is granted.

2. The stay of all deadlines entered on February 19, 2025 is continued.

3. Parties shall file a Joint Status Report on May 9, 2025.


_____
Hon. Rudolph Contreras
United States District Judge

*Copies to:*
Brian A. Scotti, Esq.
Spencer D. O'Dwyer, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
*Counsel for Defendants*

George S. Robot
Linda D. Friedman
STOWELL &FRIEDMAN, LTD.

303 W. Madison Street, Suite 2600
Chicago, IL 60606
*Counsel for Plaintiff*