IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKILAH ROGERS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>VOLTRON DATA, INC., and JOSHUA PATTERSON,<br><br>　　Defendants. | Case No. 1:24-cv-00084-RC<br><br>Honorable Rudolph Contreras |

**JOINT STATUS REPORT**

　　Plaintiff Akilah Rogers and Defendants Voltron Data, Inc. and Joshua Patterson, by and through their respective attorneys, hereby submit this Joint Status Report.

　　1.　　Plaintiff filed her original Complaint on January 9, 2024, Dkt. No. 1, and the now-operative Second Amended Complaint was deemed filed on May 30, 2024, Dkt. No. 13-1.

　　2.　　On October 31, 2024, this Court denied Defendants' Motion to Dismiss the Second Amended Complaint. (Dkt. No. 20.)

　　3.　　Following the Court's ruling, the Parties agreed to mediate their dispute with a private mediator. At the Parties' request, this Court stayed all deadlines in this matter, including the parties' deadline to submit a LCvR 16.3 report and Defendants' deadline to answer the Second Amended Complaint, and ordered the Parties to submit a Joint Status Report by March 21, 2025.  (*See* Minute Order of Nov. 22, 2024.) In view of the parties' productive efforts toward settlement, the Court granted extensions of the stay for the parties to continue their settlement

discussions with periodic status reports, culminating in this report due May 9, 2025. (Minute Orders of February 19, 2025, March 20, 2025, April 11, 2025, and April 25, 2025.)

4. Despite extensive, good-faith negotiations, including multiple sessions with an experienced mediator, the Parties have been unable to resolve this matter. The Parties therefore propose to lift the stay in this matter and reset the deadlines for the Parties' Rule 16.3 report and Defendants' answer.

5. The Parties respectfully request that the deadline for the Parties to meet, confer, and submit a joint report in accordance with Local Civil Rule 16.3 be reset to May 23, 2025.

6. The Parties respectfully request that the deadline for Defendants to answer the Second Amended Complaint be reset to May 30, 2025.

| | |
|---|---|
| Dated: May 9, 2025 | Respectfully Submitted, |
| STOWELL & FRIEDMAN, LTD. | GORDON REES SCULLY MANSUKHANI, LLP |
| By: /s/ George S. Robot<br>George S. Robot<br>Linda D. Friedman (admission application forthcoming)<br>**STOWELL & FRIEDMAN, LTD.**<br>303 W. Madison Street, Suite 2600<br>Chicago, IL 60606<br>312-431-0888 (phone)<br>312-431-0228 (fax)<br>grobot@sfltd.com<br>lfriedman@sfltd.com<br>*Counsel for Plaintiff* | By: /s/ Brian A. Scotti<br>Brian A. Scotti, Esq. (Bar No. 497125)<br>**GORDON REES SCULLY MANSUKHANI, LLP**<br>277 S. Washington Street, Suite 550<br>Alexandria, Virginia 22314<br>Tel.: 202-399-1009<br>Fax: 202-800-2999<br>Email: bscotti@grsm.com<br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served upon all Parties and counsel of record on May 9, 2025, via the Court's electronic filing system.

/s/     *George S. Robot*

**STOWELL & FRIEDMAN, LTD.**
303 W. Madison Street, Suite 2600
Chicago, IL 60606
312-431-0888 (phone)
312-431-0228 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKILAH ROGERS,<br><br>Plaintiff,<br><br>v.<br><br>VOLTRON DATA, INC., and JOSHUA PATTERSON,<br><br>Defendants. | Case No. 1:24-cv-00084-RC<br><br>Honorable Rudolph Contreras |

**ORDER**

Plaintiff and Defendants' Joint Motion to Reset Deadlines (ECF No. _____) coming before the Court on this _____ day of _____ 2025, and the Court being fully advised, it is hereby ordered:

1. Parties' Joint Motion to Reset Deadlines Pending Mediation is granted.

2. The stay of all deadlines entered on November 22, 2024 is lifted.

3. The Parties shall meet, confer, and submit a joint report in accordance with Local Civil Rule 16.3 on or before May 23, 2025.

4. Defendants shall answer the Second Amended Complaint on or before May 30, 2025.

_____
Hon. Rudolph Contreras
United States District Judge

*Copies to:*
Brian A. Scotti, Esq.

Spencer D. O'Dwyer, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
*Counsel for Defendants*

George S. Robot
Linda D. Friedman
STOWELL &FRIEDMAN, LTD.
303 W. Madison Street, Suite 2600
Chicago, IL 60606
*Counsel for Plaintiff*