## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AKILAH ROGERS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 24-84 (RC) |
| | : | |
| v. | : | Re Document No.: 30 |
| | : | |
| VOLTRON DATA, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **SCHEDULING ORDER**

Upon consideration of the parties' Joint Report of Rule 16.3 Conference (ECF No. 30), it is hereby **ORDERED** that the following schedule shall govern proceedings in this case:

1. any other parties to this action must be joined by **September 25, 2025**;

2. any party proposing amendments to the pleadings must seek leave to do so by **September 25, 2025**;

3. the parties must exchange the disclosures required by Fed. R. Civ. P. 26(a)(1)[1] by **July 3, 2025**;

4. discovery of facts relevant to all claims, counterclaims, and defenses will commence on **July 25, 2025**, and must conclude by **February 27, 2026**;

5. plaintiff's expert disclosures and reports shall be served by **January 9, 2026**, and defendant's expert disclosures and reports shall be served by **February 6, 2026**;

6. discovery related to experts must conclude by **February 27, 2026**; and

7. the parties shall appear for a status conference before the Court on **March 2, 2026 at 10:00 am** via Zoom.

---

[1] Discovery on damages is not deferred.

2

It is **FURTHER ORDERED** that, before bringing a discovery dispute to the Court's attention, the parties must meet and confer in good faith in an attempt to resolve the dispute informally.  If the parties are unable to resolve the dispute, they must contact chambers to arrange for a telephonic conference with the Court.  The parties must obtain leave of the Court before filing any motion relating to a discovery dispute.  Any discovery motions that are filed prior to obtaining such leave may be summarily denied for failure to comply with this order.

**SO ORDERED**.

Dated:  June 5, 2025

RUDOLPH CONTRERAS
United States District Judge