IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKILAH ROGERS,<br><br>    Plaintiff,<br><br>v.<br><br>VOLTRON DATA, INC., *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-00084-RC |

### ENTRY OF APPEARANCE OF CO-COUNSEL FOR DEFENDANTS

THE CLERK OF THE COURT will please enter the appearance of Jessica L. Sartorius, Esq. as Co-Counsel for the Defendants in the above-captioned matter.  Ms. Sartorius shall serve alongside Brian A. Scotti, Esq., both of whom are of the Firm, Gordon Rees Scully Mansukhani, LLP.

Dated: 7/7/2025

Respectfully Submitted,

/s/ *Jessica L. Sartorius*
Jessica L. Sartorius, Esq. (Bar No.  494667)
Brian A. Scotti, Esq. (Bar No. 497125)
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
Tel.: 757-650-7042
Fax: 202-800-2999
Email: jsartorious@grsm.com
Email: bscotti@grsm.com

*Counsel for Defendants Voltron Data, Inc. & Joshua Patterson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July 2025, a true and correct copy of the foregoing was filed and served upon all parties and counsel of record via the Court's electronic filing system.

/s/ *Jessica L. Sartorius*
Jessica L. Sartorius, Esq.