**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AKILAH ROGERS, | |
| Plaintiff, | Case No. 1:24-cv-00084-RC |
| v. | |
| VOLTRON DATA, INC., and JOSHUA PATTERSON, | Honorable Rudolph Contreras |
| Defendants. | |

**JOINT MOTION TO STAY DEADLINES
DUE TO MEDIATION**

Plaintiff Akilah Rogers and Defendants Voltron Data, Inc. and Joshua Patterson, by and through their respective attorneys, jointly move this Court to stay the deadlines in the case for approximately four months to permit the parties to focus on settlement negotiations.

1. On January 12, 2026, this Court granted the Parties' Joint Motion to Extend Deadlines, and discovery for this matter is scheduled to close on May 27, 2026. (Minute Order of January 12, 2026.)

2. As explained in the Parties' previous Joint Motion, in late 2025, Defendant Voltron Data, Inc. ("Voltron") ceased operations and initiated an assignment for the benefit of creditors. (Dkt. 36 ¶ 3.)

3. Given this change in the posture of the case, the Parties believe at this juncture that it would be productive to return to mediation to explore whether a negotiated resolution is possible. The Parties have therefore agreed in principle to return to mediation.

4.      The Parties anticipate selecting a private mediator and have begun exchanging names of potential mediators. In a previous round of mediation at an earlier stage of this dispute, the Parties worked cooperatively and selected a mutually agreeable mediator and anticipate expeditiously selecting an acceptable mediator this time as well.

5.      Given the need to find a mutually agreeable mediation date in coordination with a mediator's schedule, the Parties respectfully request that all deadlines in this matter be stayed for approximately four months, or until May 29, 2026.

6.      The Parties further propose to file a joint status report advising the Court of the status of mediation and negotiations on May 29, 2026.

7.      This stay seeks to avoid burdening the Court with unnecessary litigation and to permit the Parties to direct their resources toward assessing the potential for an agreed resolution.

8.      The Parties do not request this stay for the purpose of delay, but so that they may meet their professional responsibilities, properly represent their clients, submit thorough and competent pleadings to this Court, and further the interest of judicial economy by avoiding unnecessary litigation.

Respectfully submitted,

Dated:  February 2, 2026

STOWELL & FRIEDMAN, LTD.

By:      */s/ George S. Robot*

George S. Robot
Linda D. Friedman (admission
application forthcoming)
**STOWELL & FRIEDMAN, LTD.**
303 W. Madison Street, Suite 2600
Chicago, IL 60606
312-431-0888 (phone)
312-431-0228 (fax)

GORDON REES SCULLY MANSUKHANI, LLP

By:      */s/ Jessica L. Sartorius*

Jessica L. Sartorius, Esq. (Bar No. 494667)
Brian A. Scotti, Esq. (Bar No. 497125)
**GORDON REES SCULLY MANSUKHANI, LLP**
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
Tel.: 202-399-1009
Fax: 202-800-2999

grobot@sfltd.com                          jsartorius@grsm.com
lfriedman@sfltd.com                       bscotti@grsm.com

*Counsel for Plaintiff*                   *Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served upon

all parties and counsel of record on February 2, 2026, via the Court's electronic filing system.


/s/    *George S. Robot*

**STOWELL & FRIEDMAN, LTD.**
303 W. Madison Street, Suite 2600
Chicago, IL 60606
312-431-0888 (phone)
312-431-0228 (fax)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AKILAH ROGERS,<br><br>       Plaintiff,<br><br>       v.<br><br>VOLTRON DATA, INC., and JOSHUA PATTERSON,<br><br>       Defendants. | Case No. 1:24-cv-00084-RC<br><br>Honorable Rudolph Contreras |

## ORDER

Plaintiff and Defendants' Joint Motion to Extend Deadlines (ECF No. _____) coming

before the Court on this _____ day of _____ 2026, and the Court being

fully advised, it is hereby ordered:

1.    Parties' Joint Motion to Stay Deadlines Pending Mediation is granted.

2.    All deadlines in this matter are hereby STAYED.

3.    Parties shall file a joint status report on May 29, 2026.

_____
Hon. Rudolph Contreras
United States District Judge

*Copies to:*

Jessica L. Sartorius, Esq.
Brian A. Scotti, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
*Counsel for Defendants*

George S. Robot, Esq.
Linda D. Friedman, Esq.
STOWELL& FRIEDMAN, LTD.
303 West Madison St., Suite 2600
Chicago, Illinois 60606
*Counsel for Plaintiff*