**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AKILAH ROGERS, | |
| Plaintiff, | Case No. 1:24-cv-00084-RC |
| v. | |
| VOLTRON DATA, INC., and JOSHUA PATTERSON, | Honorable Rudolph Contreras |
| Defendants. | |

**JOINT STATUS REPORT**

Plaintiff Akilah Rogers and Defendants Voltron Data, Inc. and Joshua Patterson (collectively, the "Parties"), by and through their respective attorneys, hereby submit this Joint Status Report and request that the Court stay the deadlines in the case for an additional 30 days to permit the Parties to finalize a settlement they have reached in principle.

1.      Plaintiff filed her original Complaint on January 9, 2024, Dkt. 1, and the now-operative Second Amended Complaint was deemed filed on May 30, 2024, Dkt. No. 13-1.

2.      On February 2, 2026, the Parties submitted a Joint Motion to Stay Deadlines Due to Mediation. (Dkt. No. 37). On that same date, the Court stayed all deadlines in this matter and ordered the Parties to submit this Joint Status Report by May 29, 2026. (Minute Order of Feb. 2, 2026). On May 19, 2026, the Court modified the deadline for the Joint Status Report, and extended it to June 8, 2026.

3.      After a mediation session with Linda Singer on June 5, 2026, the Parties reached an agreement in principle and executed a term sheet to resolve this dispute.

4.    The Parties have agreed to draft, negotiate, and execute a comprehensive settlement agreement before dismissing this action pursuant to the settlement.

5.    To allow the Parties sufficient time to complete the final settlement agreement and satisfy any conditions thereunder, the Parties respectfully request a 30-day extension of the stay of deadlines in this matter.

6.    This short extension of the stay seeks to avoid burdening the Court with unnecessary litigation and to permit the Parties to direct their resources toward finalizing an agreed resolution.

7.    If the Parties have not submitted a stipulation of dismissal before the completion of the 30-day extension, they will file an additional Joint Status Report on July 8, 2026 explaining the status of finalizing the settlement agreement.

8.    The Parties do not request this stay for the purpose of delay, but so that they may meet their professional responsibilities, properly represent their clients, and further the interest of judicial economy by avoiding unnecessary litigation.

Dated: June 8, 2026

Respectfully Submitted,

STOWELL & FRIEDMAN, LTD.

By:*/s/ George S. Robot*


George S. Robot

Linda D. Friedman (admission application forthcoming)
**STOWELL & FRIEDMAN, LTD.**
303 W. Madison Street, Suite 2600
Chicago, IL 60606
312-431-0888 (phone)
312-431-0228 (fax)
grobot@sfltd.com
lfriedman@sfltd.com

*Counsel for Plaintiff*

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Brian A. Scotti*
Brian A. Scotti, Esq. (Bar No. 497125)
Jessica L. Sartorius, Esq. (Bar No. 494667)
**GORDON REES SCULLY MANSUKHANI, LLP**
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
Tel.: 202-399-1009
Fax: 202-800-2999
Email: jsartorius@grsm.com
        bscotti@grsm.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served upon all Parties and counsel of record on June 8, 2026, via the Court's electronic filing system.

*/s/ Brian A. Scotti*
Brian A. Scotti

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AKILAH ROGERS,<br><br>      Plaintiff,<br><br>      v.<br><br>VOLTRON DATA, INC., and JOSHUA PATTERSON,<br><br>      Defendants. | Case No. 1:24-cv-00084-RC<br><br>Honorable Rudolph Contreras |

**ORDER**

Plaintiff and Defendants' joint request for a 30-day extension of stay submitted in their Joint Status Report (ECF No. _____) coming before the Court on this _____ day of _____ 2026, and the Court being fully advised, it is hereby ordered:

1. Parties' joint request to stay deadlines to finalize settlement is granted.

2. The stay of all deadlines entered on February 3, 2026 is continued.

3. If the Parties have not filed a stipulation of dismissal on or before July 8, 2026, the parties shall file a Joint Status Report on July 8, 2026.

_____
Hon. Rudolph Contreras
United States District Judge