**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AKILAH ROGERS, | |
| Plaintiff, | Case No. 1:24-cv-00084-RC |
| v. | |
| VOLTRON DATA, INC., and JOSHUA PATTERSON, | Honorable Rudolph Contreras |
| Defendants. | |

**JOINT STATUS REPORT**

Plaintiff Akilah Rogers and Defendants Voltron Data, Inc. and Joshua Patterson, by and through their respective attorneys, hereby submit this Joint Status Report and request that the Court stay the deadlines in the case for an additional 30 days to permit the Parties to finalize a settlement the Parties have reached in principle.

1.     After a mediation session with Linda Singer on June 5, 2026, the Parties reached an agreement in principle and executed a term sheet to resolve this dispute. (*See* Dkt. 38.)

2.     Defendants have prepared and exchanged an initial draft settlement agreement, and the Parties are working cooperatively to finalize the agreement.

3.     However, because of the closure and assignment for the benefit of creditors of Defendant Voltron Data, Inc., there are additional stakeholders whose input is required for final approval and execution of the settlement agreement.

4.     Due to this complexity, the Parties respectfully request that the stay be continued for 30 days to allow the Parties to finalize and execute the settlement agreement and dismiss the case.

5.      This short extension of the stay seeks to avoid burdening the Court with unnecessary litigation and to permit the Parties to direct their resources toward finalizing an agreed resolution.

6.      If the Parties have not submitted a stipulation of dismissal before the completion of the 30-day extension, they will file an additional Joint Status Report on August 7, 2026 explaining the status of finalizing the settlement agreement.

7.      The Parties do not request this stay for the purpose of delay, but so that they may meet their professional responsibilities, properly represent their clients, and further the interest of judicial economy by avoiding unnecessary litigation.

Dated: July 8, 2026                               Respectfully Submitted,

STOWELL & FRIEDMAN, LTD.          GORDON REES SCULLY MANSUKHANI, LLP

By:      */s/ George S. Robot*                  By:      */s/ Jessica L. Sartorius*

George S. Robot                              Jessica L. Sartorius, Esq. (Bar No. 494667)
Linda D. Friedman (admission application      Brian A. Scotti, Esq. (Bar No. 497125)
forthcoming)                                 **GORDON REES SCULLY MANSUKHANI,**
**STOWELL & FRIEDMAN, LTD.**                  **LLP**
303 W. Madison Street, Suite 2600             277 S. Washington Street, Suite 550
Chicago, IL 60606                             Alexandria, Virginia 22314
312-431-0888 (phone)                         Tel.: 202-399-1009
312-431-0228 (fax)                           Fax: 202-800-2999
grobot@sfltd.com                             Email: jsartorius@grsm.com
lfriedman@sfltd.com                                    bscotti@grsm.com

*Counsel for Plaintiff*                        *Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the foregoing was served upon

all Parties and counsel of record on July 8, 2026, via the Court's electronic filing system.


/s/      *George S. Robot*

**STOWELL & FRIEDMAN, LTD.**
303 W. Madison Street, Suite 2600
Chicago, IL 60606
312-431-0888 (phone)
312-431-0228 (fax)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AKILAH ROGERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VOLTRON DATA, INC., and JOSHUA PATTERSON,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00084-RC<br><br>Honorable Rudolph Contreras |

**ORDER**

Plaintiff and Defendants' joint request for a 30-day extension of stay submitted in their Joint Status Report (ECF No. _____) coming before the Court on this _____ day of _____ 2026, and the Court being fully advised, it is hereby ordered:

1.　　　Parties' joint request to stay deadlines to finalize settlement is granted.

2.　　　The stay of all deadlines entered on February 3, 2026 is continued.

3.　　　If the Parties have not filed a stipulation of dismissal on or before August 7, 2026, the Parties shall file a Joint Status Report on August 7, 2026.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Rudolph Contreras
　　　　　　　　　　　　　　　　　　　United States District Judge

*Copies to:*
Jessica L. Sartorius, Esq.
Brian A. Scotti, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
*Counsel for Defendants*

George S. Robot
Linda D. Friedman
STOWELL &FRIEDMAN, LTD.
303 W. Madison Street, Suite 2600
Chicago, IL 60606
*Counsel for Plaintiff*